IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GEORGE ONNIE McCLAIN III**  **PLAINTIFF**
**ADC #144982**

v.  No: 4:20-cv-01305 JM

**TIM RYLES,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE